AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAMILTON, CLYDE H. | US COURT OF APPEALS - 4TH CIR. | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE-Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

BANK OF AMERICA PLAZA
1901 MAIN ST., SUITE 1250
COLUMBIA, SC 29201-2435

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04-05-2015 | Refund on 2014 Federal Income Tax Return | $25,949.00 |
| 2. 04/20/2015 | Refund on 2014 Income Tax Return: South Carolina Department of Revenue | $1,397.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-Employed Interior Designer; Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) |
| 2. | Salary and Commissions |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. CHARLES SCHWAB INSTITUTIONAL -- Self-Directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. AGL RES, INC. (common stock) | A | Dividend | J | T | Sold (part) | 11/12/15 | J | | no gain |
| 8. | | | | | | | | | |
| 9. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. PROCTOR & GAMBLE CO. (common stock) | B | Dividend | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. JOHNSON & JOHNSON (common stock) | B | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. ALTRIA GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. PHILIP MORRIS INTERNATIONAL, INC. (common stock) | B | Dividend | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. SCANA CORP. (common stock) | B | Dividend | L | T | | | | | |
| 24. | | | | | | | | | |
| 25. NEXTERA ENERGY, INC. (common stock) | B | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. NORFOLK SOUTHERN CORP. (common stock) | B | Dividend | L | T | | | | | |
| 28. | | | | | | | | | |
| 29. WALGREEN BOOTS ALLIANCE (common stock) | A | Dividend | L | T | | | | | |
| 30. | | | | | | | | | |
| 31. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. CDK GLOBAL, INC. (common stock) | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WASTE MANAGEMENT, INC. DEL (common stock) | A | Dividend | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. AT&T, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 38. | | | | | | | | | |
| 39. DOMINION RESOURCES, INC. VA NEW (common stock) | C | Dividend | L | T | | | | | |
| 40. | | | | | | | | | |
| 41. AMERICAN ELECTRIC POWER CO., INC. (common stock) | B | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. VISA INC CL A (common stock) | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. END PORTFOLIO I -- | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. BANK OF AMERICA CORPORATION (personal checking account) | | None | L | T | | | | | |
| 50. | | | | | | | | | |
| 51. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (UNIVERSAL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LIFE INSURANCE POLICY) | B | Interest | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. PORTFOLIO II -- | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | Buy (add'l) | 04/29/15 | J | | |
| 57. | | | | | | | | | |
| 58. ABBVIE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. 3-M CO. (common stock) | A | Dividend | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. ALTRIA GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. PHILIP MORRIS INTERNATIONAL, INC. (common stock) | B | Dividend | K | T | | | | | |
| 67. | | | | | | | | | |
| 68. KRAFT FOODS GROUP (common stock) | A | Dividend | | | Merged (with line 70) | 07/06/15 | J | | See line 70 below. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. KRAFT HEINZ COMPANY (common stock) | A | Dividend | J | T | | 07/06/15 | J | | See line 68 above. |
| 71. | | | | | | | | | |
| 72. MONDELEZ INTL INC CL A (common stock) | A | Dividend | J | T | Buy (add'l) | 06/17/15 | J | | |
| 73. | | | | | | | | | |
| 74. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. SCH ADV RESRV PREM MONEY MARKET FUND | | None | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. VERIZON COMMUNICATIONS (common stock) | B | Dividend | K | T | Buy (add'l) | 04/28/15 | J | | |
| 79. | | | | | | | | | |
| 80. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 81. | | | | | | | | | |
| 82. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |
| 83. | | | | | | | | | |
| 84. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | B | Dividend | K | T | | 07/01/15 | J | | Spin-off to Chemours Co. |
| 85. | | | | | | | | | See line 86 below. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CHEMOURS COMPANY (common stock) | A | Dividend | J | T | Spinoff (from line 84) | 07/01/15 | J | | See line 84 above. |
| 87. | | | | | | | | | |
| 88. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. DISNEY WALT COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 91. | | | | | | | | | |
| 92. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 93. | | | | | | | | | |
| 94. CDK GLOBAL, INC. (common stock) | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. TRANSOCEAN, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 97. | | | | | | | | | |
| 98. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. DUKE ENERGY CORP NEW (common stock) | B | Dividend | K | T | | | | | |
| 101. | | | | | | | | | |
| 102. THE SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. AT&T, INC. (common stock) | C | Dividend | L | T | | | | | |
| 105. | | | | | | | | | |
| 106. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | | | | | |
| 107. | | | | | | | | | |
| 108. BOARDWALK PIPELINE PARTNERS LP (Limited Partnership) | A | Distribution | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | Buy (add'l) | 06/17/15 | K | | |
| 113. | | | | | | | | | |
| 114. UNION PACIFIC CORP. (common stock) | B | Dividend | K | T | | | | | |
| 115. | | | | | | | | | |
| 116. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | K | T | | | | | |
| 117. | | | | | | | | | |
| 118. VISA, INC. CLASS A (common stock) | A | Dividend | L | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VODAFONE GROUP NEW ADR (common stock) | A | Dividend | | | Sold | 04/28/15 | J | | no gain |
| 121. | | | | | | | | | |
| 122. LINN ENERGY (Limited Partnership) | A | Distribution | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. VANGUARD CORP BOND ETF (short-term corp. bond) | A | Dividend | K | T | | | | | |
| 125. | | | | | | | | | |
| 126. MARATHON OIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. SILVER WHEATON CORP. (common stock) | A | Dividend | | | Sold | 07/22/15 | L | | no gain |
| 129. | | | | | | | | | |
| 130. SCHW US SCAP ETF (common stock) | A | Dividend | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | | | | | |
| 133. | | | | | | | | | |
| 134. NEW BUYS IN 2015 | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. FEDEX CORPORATION (common stock) | A | Dividend | L | T | Buy | 08/25/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. LAB CO OF AMER HLDG (common stock) | | None | K | T | Buy | 06/17/15 | K | | |
| 139. | | | | | | | | | |
| 140. MASTERCARD, INC. (common stock) | A | Dividend | K | T | Buy | 04/29/15 | K | | |
| 141. | | | | | | | | | |
| 142. END PORTFOLIO II -- | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. PORTFOLIO III | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. HELMERICH & PAYNE, INC.. (common stock) | B | Dividend | K | T | | | | | |
| 149. | | | | | | | | | |
| 150. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 151. | | | | | | | | | |
| 152. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PIEDMONT NATURAL GAS (common stock) | A | Dividend | K | T | | | | | |
| 155. | | | | | | | | | |
| 156. AGL RESOURCES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 157. | | | | | | | | | |
| 158. SCANA CORPORTION (common stock) | B | Dividend | K | T | | | | | |
| 159. | | | | | | | | | |
| 160. THE SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. DUKE ENERGY CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 163. | | | | | | | | | |
| 164. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 165. | | | | | | | | | |
| 166. CONOCOPHILLIPS (common stock) | B | Dividend | K | T | | | | | |
| 167. | | | | | | | | | |
| 168. PHILLIPS 66 (common stock) | A | Dividend | K | T | | | | | |
| 169. | | | | | | | | | |
| 170. JOHNSON AND JOHNSON (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 173. | | | | | | | | | |
| 174. CDK GLOBAL, INC. (common stock) | A | Dividend | J | T | | | | | |
| 175. | | | | | | | | | |
| 176. WALGREEN BOOTS ALLIANCE (common stock) | A | Dividend | K | T | | | | | |
| 177. | | | | | | | | | |
| 178. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | K | T | | | | | |
| 179. | | | | | | | | | |
| 180. LOCKHEED MARTIN CORP. (common stock) | B | Dividend | K | T | | | | | |
| 181. | | | | | | | | | |
| 182. PAYCHEX, INC. (common stock) | A | Dividend | K | T | | | | | |
| 183. | | | | | | | | | |
| 184. WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | K | T | | | | | |
| 185. | | | | | | | | | |
| 186. DUPONT E.I. DE NEMOURS & COMPANY (common stock) | A | Dividend | K | T | | 07/01/15 | J | | Spin-off to Chemours Co. |
| 187. | | | | | | | | | See line 188 below. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CHEMOURS COMPANY (common stock) | A | Dividend | | | Spinoff (from line 186) | 07/01/15 | J | | See line 186 above. |
| 189. | | | | | Sold | 10/15/15 | J | | no gain |
| 190. | | | | | | | | | |
| 191. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 192. | | | | | | | | | |
| 193. VANGUARD SHORT TERM BOND (EXCHANGE TRADED FUND) | B | Dividend | L | T | Sold (part) | 10/12/15 | J | A | |
| 194. | | Distribution | | | | | | | |
| 195. | | | | | | | | | |
| 196. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | J | T | | | | | |
| 197. | | | | | | | | | |
| 198. IBM CORP. (common stock) | A | Dividend | J | T | | | | | |
| 199. | | | | | | | | | |
| 200. INTEL CORP. (common stock) | B | Dividend | K | T | | | | | |
| 201. | | | | | | | | | |
| 202. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | | | | | |
| 203. | | | | | | | | | |
| 204. VERIZON COMMUNICATIONS (common stock) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | | | | | |
| 207. | | | | | | | | | |
| 208. NEW BUYS IN 2015 | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. MASTERCARD, INC. (common stock) | A | Dividend | K | T | Buy | 04/28/15 | K | | |
| 211. | | | | | | | | | |
| 212. END PORTFOLIO III | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 215. | | | | | | | | | |
| 216. CMC ASSOCIATES (General Partnership) (one-half interest) | D | Rent | L | W | | | | | |
| 217. Columbia, SC Warehouse | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. NATIONAL BANK OF SOUTH CAROLINA (pesonal checking account) | A | Interest | L | T | | | | | |
| 220. | | | | | | | | | |
| 221. PORTFOLIO IV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. SCH ADV RESRV PREM MONEY MARKET FUND | | None | K | T | | | | | |
| 224. | | | | | | | | | |
| 225. SCANA CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 226. | | | | | | | | | |
| 227. THE SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 228. | | | | | | | | | |
| 229. DUKE ENERGY CORPORATION NEW (common stock) | B | Dividend | K | T | | | | | |
| 230. | | | | | | | | | |
| 231. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 232. | | | | | | | | | |
| 233. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 234. | | | | | | | | | |
| 235. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 236. | | | | | | | | | |
| 237. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. CONOCO PHILLIPS (common stock) | B | Dividend | K | T | | | | | |
| 240. | | | | | | | | | |
| 241. PHILLIPS 66 (common stock) | A | Dividend | K | T | | | | | |
| 242. | | | | | | | | | |
| 243. DUPONT E.I. DE NEMOURS (common stock) | B | Dividend | K | T | | 07/01/15 | J | | Spin-off to Chemours Co. |
| 244. | | | | | | | | | See line 245 below. |
| 245. CHEMOURS COMPANY (common stock) | A | Dividend | J | T | Spinoff (from line 243) | 07/01/15 | J | | See line 243 above. |
| 246. | | | | | | | | | |
| 247. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 248. | | | | | | | | | |
| 249. ENERGY TRANSFER PARTNERS (Limited Partnership) | B | Distribution | J | T | | | | | |
| 250. | | | | | | | | | |
| 251. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 252. | | | | | | | | | |
| 253. ABBVIE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 254. | | | | | | | | | |
| 255. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. DOW CHEMICAL COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 258. | | | | | | | | | |
| 259. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 260. | | | | | | | | | |
| 261. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | K | T | | | | | |
| 262. | | | | | | | | | |
| 263. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | | | | | |
| 264. | | | | | | | | | |
| 265. VISA, INC. CLASS A (common stock) | A | Dividend | L | T | | | | | |
| 266. | | | | | | | | | |
| 267. KINDER MORGAN, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 268. | | | | | | | | | |
| 269. LAB CO OF AMER HLDG NEW (common stock) | | None | J | T | | | | | |
| 270. | | | | | | | | | |
| 271. TIME WARNER CABLE (common stock) | A | Dividend | K | T | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. VERIZON COMMUNICATIONS (common stock) | B | Dividend | K | T | | | | | |
| 274. | | | | | | | | | |
| 275. NEW BUYS IN 2015 | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. FEDEX CORPORATION (common stock) | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 278. | | | | | | | | | |
| 279. END PORTFOLIO IV | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. PORTFOLIO V | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. SEP IRA - MERRILL LYNCH - BANK OF AMERICA/CASH | | None | K | T | | | | | |
| 284. | | | | | | | | | |
| 285. VERIZON COMMUNICATIONS (common stock) | A | Dividend | | | Sold | 02/26/15 | K | B | |
| 286. | | | | | | | | | |
| 287. END PORTFOLIO V | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLYDE H. HAMILTON**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544